LOER *v.* SHOWALTER.

APPEAL from the *Grant* Circuit Court.

*Per Curiam.*—Suit on note. Cause continued to a special term, and set for the 22d of the month. It was not tried till four days later in the term. It is also alleged that there were some informalities in the adjourning order, &c.

The defendant appeared at the adjourned term, answered to the merits, went to trial by consent, and without objection. All irregularities were waived; and as the Court had jurisdiction, the judgment must be affirmed, with 5 per cent. damages and costs.

*J. Brownlee* and *H. S. Kelley*, for appellant.
*A. Steele* and *H. D. Thompson*, for appellee.